**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 98-6086**

———

LONDELL ABDUL TALIB DIN-WATKINS, a/k/a Alice
Watkins,

                                      Plaintiff - Appellant,

        versus

FURMAN S. ROBINSON, Previous Assistant Warden;
WILLIAM N. KEYSER, Food Service; BRENDA LEWIS,
Nurse; LARRY HUFFMAN, Regional Director of
Virginia Department of Corrections; RONALD
ANGELONE, Director of Virginia Department of
Corrections; GEORGE M. HINKLE, Warden, Haynes-
ville Correctional Center,

                                  Defendants - Appellees.

———

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-97-1877-AM)

———

Submitted:  June 18, 1998           Decided:  July 8, 1998

———

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———

Dismissed by unpublished per curiam opinion.

———

Londell Abdul Talib Din-Watkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Din-Watkins v. Robinson, No. CA-97-1877-AM (E.D. Va. Dec. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED